Joseph **OMBRELLO** v. **UNITED STATES** of America.

No. 5655.

Circuit Court of Appeals, Sixth Circuit.
June 28, 1930.

A. F. Dixon, of Iron River, Mich., for appellant.

John Jones, Asst. U. S. Atty., of Ironwood, Mich.

PER CURIAM.

Judgment of District Court affirmed by court order.

Berry **PADGETT** v. **UNITED STATES** of America.

No. 5738.

Circuit Court of Appeals, Sixth Circuit.
Dec. 9, 1930.

Geo. R. Shepherd, of Newport, Tenn., for appellant.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Dismissed by court order, for lack of presentation and failure to file brief.

Marie **PEDERSON** and Hans Pederson, Petitioners, v. David **BURNET**, Commissioner of Internal Revenue, Respondent.

No. 6431.

Circuit Court of Appeals, Ninth Circuit.
April 6, 1931.

Before RUDKIN, WILBUR, and SAW-TELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of counsel for respondent, ordered petition to review dismissed for failure of petitioners to file record and docket cause; mandate forthwith.

**PENINSULAR TRADING AGENCY,** Inc., F. W. Dunbar & Co., and the Xylos Rubber Co. v. **NEW TREAD TIRE COMPANY,** Bankrupt.

No. 5624.

Circuit Court of Appeals, Sixth Circuit.
Jan. 8, 1931.

Burch, Bacon & Denlinger, of Akron, Ohio, for appellant.

Cannon, Spieth, Taggart, Spring & Annat, of Cleveland, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed by court order.